

RECEIVED
IN MONROE, LA

JUN 1 6 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | | |
|---|---|---|
| **XIANG ZHONG LIN** | * | **CIVIL ACTION NO. 05-2131** |
| **VERSUS** | * | **JUDGE JAMES** |
| **ALBERTO GONZALES, MICHAEL CHERTOFF, JOHN A. MATA, DALE DAUZAT** | * | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petitioner's Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2241 (Doc. No. 1) be **DISMISSED as MOOT**.

THUS DONE AND SIGNED this 15 day of June, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION